

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Sheldon Johnson et al.,

\* From the 441st District Court
   of Midland County,
   Trial Court No. CV48034

Vs. No. 11-19-00364-CV

\* November 30, 2021

Schlumberger Technology Corporation,
The Dow Chemical Company, and Lear
Corporation,

\* Memorandum Opinion by Bailey, C.J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Sheldon Johnson et al.